# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSHUA DOUGLAS HENDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1467
_____

December 5, 2025

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.